USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2.12.20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PETER GITZIS et al.,

        Plaintiffs,

- against -

LOREN BAILY-SCHIFFMAN et al.,

        Defendants.

19cv7545 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The time to show cause why this case should not be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) or because it is duplicative of Galanova v. Portnoy, No. 19-cv-1451 (S.D.N.Y.) having passed, the Court now dismisses this case without prejudice pursuant to Rule 41(b) and as duplicative of case No. 19-cv-1451.

**SO ORDERED.**

Dated:    New York, New York
           February 11, 2020

                                  John G. Koeltl
                            United States District Judge

Copy mailed to pro se party(ies) at docket address